IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARROD PHILLIPS,<br><br>                Plaintiff,<br><br>     vs.<br><br>SCOTT FRAKES, DIANE SABATKA-RINE, MIKE ROTHWELL, JOHN CHAVEZ, JAMES ROCKE, RANDY BRADLEY, MICHAEL REEVES, RICHARD CRUISHANK, BRITTENHAM, Capt. Nsp Prison; FREEZY, Capt. Nsp Prison; TREVOR KLAASSEN, Capt. NDCS Central Office; and BRAD HANSEN, Warden TSCI Prison;<br><br>              Defendants. | **8:16CV554**<br><br><br>**MEMORANDUM<br>AND ORDER** |

      In a letter to the court, Plaintiff requests that the court assign him a new case number so that he may file a new complaint (and motion to proceed in forma pauperis) based on allegations separate and apart from those in this case. (Filing No. 19 at CM/ECF p. 4.) Plaintiff is advised that the clerk's office will not assign a new case number until after it receives Plaintiff's new complaint. Plaintiff will then receive a notice from the clerk's office advising him of that case number for him to use on future filings in the case. In short, Plaintiff may file his new complaint and motion to proceed in forma pauperis without including a case number on the forms.

      IT IS THEREFORE ORDERED that: Plaintiff's request for a new case number is denied.

Dated this 28th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge